For the respondent Employers Mutual Liability Insurance Company: *Sweitzer, Lambert & Bruce* of Wausau, attorneys, and *Kenneth Grubb* of Milwaukee of counsel.

*By the Court.*—Judgment affirmed.

*February 15, 1944.*

PUSCH, Respondent, vs. PUSCH, Appellant.

For the appellant: *Alvin G. Brendemuehl* of Oconomowoc.

For the respondent: *Geo. A. Hartman* of Juneau and *Lueck, Skupniewitz & Lueck* of Beaver Dam.

*By the Court.*—Judgment affirmed.

WILL OF WEISS: VOLESKY and others, Respondents, vs. HARTINGER, Appellant.

For the appellant: *Jos. F. Studnicka,* attorney, and *Walter Schinz, Jr.,* of counsel, both of Milwaukee.

For the respondents: *Schloemer & Stoltz* of West Bend.

*By the Court.*—Judgment affirmed.